ACCEPTED
15-25-00072-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/8/2025 9:58 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00072-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/8/2025 9:58:58 AM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT OF TEXAS
AUSTIN, TEXAS

---

FRANCES SPANOS SHELTON,

*Appellant,*

v.

VERNON LEUSCHNER, ROBERT LEE SPANOS, CHRISTOPHER BLAKE SPANOS, KATHRYN NICOLE LAWRIE, AND KATHERINE LEUSCHNER,
*Appellees.*

---

Interlocutory Appeal from the 414th Judicial District Court, McLennan County, Texas, Cause No. 2024-3035-5, Hon. Ryan Luna, Presiding

---

**Appellees' Second Joint Unopposed Motion for Extension of Time to File Brief**

---

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Vernon Leuschner (for and on behalf of Katherine Leuschner), Robert Lee Spanos, Christopher Blake Spanos, Kathryn Nicole Lawrie, and Katherine Leuschner, Appellees in the above-styled and numbered cause, and file this Second Joint Unopposed Motion for Extension of Time to File Appellees' Brief, and respectfully shows the Court as follows:

**I.**

Appellees' Briefs are currently due on August 15, 2025. Appellees respectfully request that this Court grant an extension of the time for filing Appellees' Briefs for ten (10) days from the current deadline of August 15, 2025, to a new deadline of August 25, 2025. Appellant is not opposed to this extension.

**II.**

This Cause is proceeding on an Interlocutory Appeal briefing schedule. Appellants Brief was filed on June 26, 2025. Counsel (both sets) for Appellees had (and have) hearings, office/practice time conflicts, trial and appellate deadlines, as well as having endured significant medical events (for persons responsible for this case) which make the current due date for the Appellees' Briefs unattainable. Appellees desire to present the Court with efficient, narrowly tailored, and specific Briefs that will materially aid the Court in determining this cause, and the requested extension will facilitate that effort.

**III.**

For the reasons outlined above, Appellees jointly request a ten day extension of time in which to file their Joint Brief. This extension is not sought solely for the purpose of delay, but is sought to enable counsel for Appellees to prepare an efficient well-drafted Joint Brief with a clear presentation of the issues involved.

**IV.**

Pursuant to the Texas Rules of Appellate Procedure, Appellees accordingly respectfully request an extension of time for the filing of their Briefs until August 25, 2025.

WHEREFORE, PREMISES CONSIDERED, Appellees respectfully prays that the Court grant Vernon Leuschner, (for and on behalf of Katherine Leuschner), Robert Lee Spanos, Christopher Blake Spanos, and Kathryn Nicole Lawrie an extension of time to file their Brief in this cause.

Respectfully submitted,

**BEARD KULTGEN BROPHY BOSTWICK & DICKSON, PLLC**

*/s/ Andy McSwain*
Angus E. McSwain
State Bar No. 13861100
Mark E. Firmin
State Bar No. 24099614
Sameer Hashmi
State Bar No. 24101877
220 South Fourth Street
Waco, Texas 76701
Tel (254) 776-5500
Fax (254) 776-3591
mcswain@thetexasfirm.com
firmin@thetexasfirm.com
hashmi@thetexasfirm.com
**ATTORNEYS FOR APPELLEE VERNON LEUSCHNER (for and on behalf of KATHERINE LEUSCHNER)**

Jim Dunnam
State Bar No. 06258010
jimdunnam@dunnamlaw.com
Andrea Mehta
State Bar No. 24078992
andreamehta@dunnamlaw.com
Mason Vance Dunnam
State Bar No. 24108079
masondunnam@dunnamlaw.com
DUNNAM & DUNNAM LLP
4125 West Waco Drive
Waco, Texas 76710
(254) 753-6437
(254) 753-7434 (fax)
**ATTORNEYS FOR APPELLEE
ROBERT LEE SPANOS,
CHRISTOPHER BLAKE
SPANOS, AND KATHRYN
NICOLE LAWRIE**

## CERTIFICATE OF CONFERENCE

I certify that on August 8, 2025, I corresponded with counsel for Appellant, and they stated they were not opposed to this extension.

*/s/ Andy McSwain*
Angus E. McSwain


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion for Extension of Time for Filing Appellee's Brief has been served via the electronic filing system, on all counsel of record on August 8, 2025.

*/s/ Andy McSwain*
Angus E. McSwain

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kiley Coats on behalf of Andy McSwain
Bar No. 13861100
coats@thetexasfirm.com
Envelope ID: 104135168
Filing Code Description: Motion
Filing Description: Appellees' Second Joint Unopposed Motion for Extension of Time to File Brief
Status as of 8/8/2025 10:06 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kirk Pittard | | kpittard@dpslawgroup.com | 8/8/2025 9:58:58 AM | SENT |
| Angus McSwain | 13861100 | mcswain@thetexasfirm.com | 8/8/2025 9:58:58 AM | SENT |
| James Dunnam | 6258010 | jimdunnam@dunnamlaw.com | 8/8/2025 9:58:58 AM | SENT |
| Craig Cherry | 24012419 | ccherry@cjsjlaw.com | 8/8/2025 9:58:58 AM | SENT |
| Mark Firmin | 24099614 | firmin@thetexasfirm.com | 8/8/2025 9:58:58 AM | SENT |
| Jenn Haring | | jharing@cjsjlaw.com | 8/8/2025 9:58:58 AM | SENT |
| Scott James | | sjames@cjsjlaw.com | 8/8/2025 9:58:58 AM | SENT |
| Michala Quillen | | kquillen@cjsjlaw.com | 8/8/2025 9:58:58 AM | SENT |
| Ryan Johnson | | rjohnson@cjsjlaw.com | 8/8/2025 9:58:58 AM | SENT |
| Sarah Rowell | | rowell@thetexasfirm.com | 8/8/2025 9:58:58 AM | SENT |
| Ashley Snyder | | snyder@thetexasfirm.com | 8/8/2025 9:58:58 AM | SENT |
| Mason Dunnam | | masondunnam@dunnamlaw.com | 8/8/2025 9:58:58 AM | SENT |
| Rick Thompson | | rthompson@dpslawgroup.com | 8/8/2025 9:58:58 AM | SENT |
| Kelly Blackburn | | efile@dpslawgroup.com | 8/8/2025 9:58:58 AM | SENT |
| Kelli Bassett | | kbassett@cjsjlaw.com | 8/8/2025 9:58:58 AM | SENT |
| Andrea Mehta | | andreamehta@dunnamlaw.com | 8/8/2025 9:58:58 AM | SENT |
| Kiley Coats | | coats@thetexasfirm.com | 8/8/2025 9:58:58 AM | SENT |